No. 77–1378. JAPAN LINE, LTD., ET AL. *v.* COUNTY OF LOS ANGELES ET AL. Sup. Ct. Cal. [Probable jurisdiction postponed, 436 U. S. 955.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Appellees also allotted an additional 15 minutes for oral argument.

No. 77–1413. ARONSON *v.* QUICK POINT PENCIL Co. C. A. 8th Cir. [Certiorari granted, 436 U. S. 943.] Motions of Licensing Executives Society (U. S. A.), Inc., Patent, Trademark and Copyright Section of the State Bar of Texas, and American Patent Law Assn. for leave to file briefs as *amici curiae,* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Respondent also allotted 15 additional minutes for oral argument.

No. 77–1465. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR *v.* RASMUSSEN ET AL.; and
No. 77–1491. GEO CONTROL, INC., ET AL. *v.* RASMUSSEN ET AL. C. A. 9th Cir. [Certiorari granted, 436 U. S. 955.] Motion of American Insurance Assn. et al. for leave to file a brief as *amici curiae* granted. Motion of petitioners to dispense with printing appendix granted.

No. 77–5992. ADDINGTON *v.* TEXAS. Sup. Ct. Tex. [Probable jurisdiction noted, 435 U. S. 967.] Motion of American Psychiatric Assn. for divided argument granted.

No. 78–5351. GREEN *v.* RALSTON, U. S. MAGISTRATE, ET AL.; and
No. 78–5368. VICK *v.* UNITED STATES. Motions for leave to file petitions for writs of mandamus denied.